

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00681-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC.,** its successors and assigns,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI14597
Honorable Richard Price, Judge Presiding

# O R D E R

The record was due October 6, 2014, but it was not filed. The Bexar County District Clerk and the court reporter, Victoria Gonzalez, have each filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay their fees to prepare the record and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 35.3(a)(2), (b)(3).

We order appellant, John E. Rodarte Sr. to provide written proof to this court on or before **November 3, 2014** that either (1) the clerk's and reporter's fees have been paid or arrangements satisfactory to the clerk and court reporter have been made to pay the fees; or (2) appellant is entitled to the record without prepayment of the fees. *See* TEX. R. APP. P. 20.1 and 35.3. If appellant fails to file such proof within the time provided with respect to the clerk's record, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). If the clerk's record is filed, but appellant fails to file such proof within the time provided with respect to the reporter's record, the court will not consider any issues or points raised in appellant's brief that require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.



Keith E. Hottle
Clerk of Court